IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.

DEWEY'S ROADHOUSE LLC, d/b/a DEWEY'S ROADHOUSE, and MARJORIE G. VOLBRECHT,

    Defendants.

DEFAULT JUDGMENT

Case No.11-cv-486-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Joe Hand Promotions, Inc. against defendants Dewey's Roadhouse, LLC, d/b/a Dewey's Roadhouse, and Marjorie G. Volbrecht in the amount of $4,195.00.

_____
Peter Oppeneer, Clerk of Court

MAR 2 2 2012
_____
Date